UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

# MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02 CV 778 DWF/RLE Case Title: Marchieta Richard v. Stork Gamco, et al.

## Affidavit of Movant

I, Scott P. Drawe, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for ___ plaintiff X defendant. Stork Gamco, Inc., et al. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Scott P. Drawe
Signature

148325
MN Attorney License No.

May 6, 2002
Date

## Affidavit of Proposed Admittee

I, Edmund J. Siegert, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above and must accept service of all papers served.

Edmund J. Siegert
Type/Print Name

Edmund J. Siegert
Signature

May 14, 2002
Date

Attorney License Number: 6194610
Law Firm Name & Address: Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
Telephone: 312-726-3800

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk
MMC

JUN 0 7 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitting attorneys and receive notices generated in the above-entitled action.

JUN 0 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

# MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02 CV 778 DWF/RLE Case Title: Marchieta Richard v. Stork Gamco, et al.

## Affidavit of Movant

I, Scott P. Drawe, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for ___ plaintiff X defendant, Stork Gamco, Inc., in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 148325 MN Attorney License No. | May 6, 2002 Date

## Affidavit of Proposed Admittee

I, William J. Cremer, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above and must accept service of all papers served.

Willilam J. Cremer Type/Print Name | [signature] Signature | May 11, 2002 Date

Attorney License Number: 6190883

Law Firm Name & Address: Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, IL 60601

Telephone: 312-726-3800

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

JUN 07 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitting attorneys and receive notices generated in the above-entitled action.

JUN 07 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02 CV 778 DWF/RLE Case Title: Marchieta Richard v. Stork Gamco, et al.

## Affidavit of Movant

I, Scott P. Drawe, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for ___ plaintiff X defendant, Stork Gamco, Inc., in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: Scott P. Drawe
MN Attorney License No.: 148325
Date: May 6, 2002

## Affidavit of Proposed Admittee

I, Gregory J. McKenna, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above and must accept service of all papers served.

Type/Print Name: Gregory J. McKenna
Signature: [signature]
Date: May 17, 2002

Attorney License Number: 6275497
Law Firm Name & Address: Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
Telephone: 312-726-3800

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk
Date: JUN 07 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitting attorneys and receive notices generated in the above-entitled action.

FILED JUN 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________