UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

Marchieta Richard,

Plaintiff,

-vs-

Stork Gamco, Inc., Chickmaster, Inc.
and Gainesville Machine Company,

Defendants.

Court File No. 02 CV 778 DWF/RLE

# ORDER

Based on the Stipulation of the parties, leave is hereby granted for Defendant Stork Gamco, Inc., to commence a third-party action and to serve a Third party Summons and Complaint on Gold-n-Plump Poultry, Inc.

Dated: November 18, 2002

Raymond L Erickson
Magistrate Raymond Erickson
United States Magistrate Judge

FILED NOV 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______