**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**

---

Marchieta Richard,

Plaintiff,

-vs-

Stork Gamco, Inc., Chickmaster, Inc. and Gainesville Machine Company,

Defendants.

Court File No. 02 CV 778 DWF/RLE

---

**STIPULATION**

---

It is stipulated between the parties, by and through their respective undersigned attorneys, that Defendant Stork Gamco, Inc., may serve and file a Third-Party Summons and Complaint impleading Gold-n-Plump Poultry, Inc., as a third-party defendant in this matter. A copy of the Third-Party Complaint is attached hereto as Exhibit A.

Dated: Nov 25, 2002.

DRAWE & HEISICK

Scott P. Drawe

Scott P. Drawe, I.D. #148325
7701 France Avenue South, Suite 400
Minneapolis, MN 55435
Phone: (952) 841-2130

William J. Cremer
Edmund J. Siegert
Gregory J. McKenna
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
Phone: (312) 726-3800

*Attorneys for Defendant Stork Gamco, Inc.*

FILED NOV 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 11/26, 2002.

SCHNEIDER LAW FIRM

David W. Schneider, Atty. I.D. 0254733
706 South First Street
P.O. Box 776
Willmar, MN 56201
Phone: (320) 235-1902

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

Marchieta Richard, Court File No. 02 CV 778 DWF/RLE

Plaintiff,

-vs-

Stork Gamco, Inc., Chickmaster, Inc.
and Gainesville Machine Company,

Defendants.

## ORDER

Based on the Stipulation of the parties, leave is hereby granted for Defendant Stork Gamco, Inc., to commence a third-party action and to serve a Third party Summons and Complaint on Gold-n-Plump Poultry, Inc.

Dated: NOV 2 6 2002, 2002

Raymond L Erickson
Magistrate Raymond Erickson
United States Magistrate Judge

NOV 2 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK