**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Marchieta Richard, Civil No. 02-778 (DWF/RLE)

Plaintiff,

v. **ORDER**

Stork Gamco, Inc.; Chickmaster, Inc.;
and Gainesville Machine Company,

Defendants.

---

David W. Schneider, Esq., Schneider Law Office, P.O. Box 776, Willmar, MN 56201-0776; Edmund J. Siegert, Esq., William J. Cremer, Esq., and Gregory J. McKenna, Esq., Cremer Kopon Shaughnessy & Spina, 180 North LaSalle Street, Suite 3300, Chicago, IL 60601, counsel for Plaintiff.

Scott P. Drawe, Esq., and Michael L. Oja, Esq., Drawe & Heisick, 7701 France Avenue South, Suite 400, Minneapolis, MN 55435, counsel for Defendants.

---

Based upon stipulation of the parties, and upon all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that judgment of dismissal without prejudice, without costs to any of the parties, be entered with respect to Plaintiff's claims against Defendants Chickmaster, Inc., and Gainesville Machine Company.

Dated: December 9, 2002

DONOVAN W. FRANK
Judge of United States District Court

DEC 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 0 9 2002
DEPUTY CLERK