# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Marchieta Richard

Plaintiff

v.

Stork Gamco Inc., Chickmaster, Inc.
and Gainesville Machine Company

Defendants

Case No. Civil 02-778 DWF/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment of dismissal without prejudice, without costs to any of the parties, be entered with respect to Plaintiff's claims against Defendants Chickmaster, Inc. and Gainesville Machine Company.

DATE: December 9, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk