UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

---

Marchieta Richard,

Plaintiff,

vs.

Stork Gamco, Inc.,

Defendant and
Third-Party Plaintiff,

vs.

Gold N' Plump Poultry, Inc.,

Third-Party Defendant.

Court File No.: CV 778 DWF/RLE
02CV778

---

**STIPULATION TO ASSERT FOURTH-PARTY COMPLAINT**
**and ORDER**

---

It is stipulated between the parties, by and through their respective undersigned attorneys, that Third-Party Defendant, Gold N' Plump Poultry may serve and file a Fourth Party Summons and Complaint against Manpower, Inc., as a Fourth-Party Defendant in this matter. A copy of the Fourth-Party Complaint is attached hereto as Exhibit A.

Dated: 3-26-03

Raymond L. Tahnk-Johnson (#178585)
Attorney for Third Party Defendant
2600 Eagan Woods Drive
Suite 110
Eagan, MN 55121
Telephone: (651) 452-2428

APR
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(22)

Dated: 4/10/03

David W. Schneider (#0254733)
Attorney for Plaintiff
706 South First Street
P.O. Box 776
Willmar, MN 56201
Telephone: (320) 235-1902

Dated: 4/6/03

Scott P. Drawe (#148325)
Attorneys for Defendant and Third-Party Plaintiff
7701 France Avenue South
Suite 400
Edina, MN 55435
Telephone: (952) 841-2130

and

William J. Cremer
180 North La Salle Street
Suite 3300
Chicago, IL 60601
Telephone: (312) 726-3800

ORDER

Based on the Stipulation of the parties, leave is hereby granted for Third Party Defendant Gold N' Plump Poultry, Inc., to commence a fourth party action and to serve a Fourth party Summons and Complaint on Manpower, Inc.

Dated: 4-28-03

Raymond L. Erickson

Magistrate Raymond Erickson
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

---

Marchieta Richard,
Plaintiff,

Court File No.: 02 CV 778 DWF/RLE

vs.

Stork Gamco, Inc.,
Defendant and
Third-Party Plaintiff,

vs.

Gold N' Plump Poultry, Inc.,

Third-Party Defendant and
Fourth-Party Plaintiff,

vs.

Manpower, Inc.,
Fourth-Party Defendant.

---

# FOURTH-PARTY COMPLAINT

---

Gold N' Plump Poultry, Inc., for its Fourth-Party Complaint against Manpower, Inc., states and alleges as follows:

1. Plaintiff Marchieta Richard served a Complaint on Stork Gamco on March 13, 2002. A true and accurate copy of Plaintiff's Complaint is attached as Exhibit A.

2. Plaintiff initiated her case in the District Court for the 7th Judicial District in Stearns County Minnesota. Plaintiff complained of personal injuries related to an incident that occurred at a Gold N' Plump facility in Stearns County Minnesota, where she was employed as a laborer for Manpower, Inc.

tabbies EXHIBIT A

3. On April 2, 2002, Stork Gamco filed an Answer denying liability and asserting affirmative defenses. A true and accurate copy of the answer and affirmative defenses filed by Stork Gamco is attached as Exhibit B.

4. After answering Plaintiff's Complaint and appearing in the State Court proceeding, Stork Gamco filed a Petition for Removal and Notice of the Filing of the Petition for Removal on all counsel on April 12, 2002. The Petition for Removal was granted. This case is now docketed with the Federal District Court for the District of Minnesota, Sixth Division.

5. Stork Gamco, Inc. served a Third-Party Summons and Third-Party Complaint on Gold N' Plump Poultry, Inc. in November 2002. A true and correct copy of said Third-Party Complaint is attached hereto as Exhibit C.

6. Third-Party Defendant Gold N' Plump served and filed its Answer to Third-Party Complaint on January 2, 2003. A copy of the Answer to the Third-Party Complaint is attached hereto as Exhibit D.

7. At all times relevant herein, Plaintiff Marchieta Richard was an employee of Manpower, Inc.

8. At all times relevant herein, Manpower, Inc. had a duty to supervise, train, educate and teach Plaintiff to perform her job in a safe manner.

9. Notwithstanding the above referenced duties, and in breach thereof, Manpower, Inc. was negligent in its operations, including, but not limited to, failure to properly train and supervise Plaintiff.

10. The negligence of Manpower, Inc. was a direct and proximate cause of the injuries of Plaintiff.

11. Manpower, Inc. agreed to certain contractual obligations in its Temporary Help Proposal dated October 10, 1997. That proposal provides that "Manpower, as the Employer, assumes all responsibility for employment administration. This includes providing workers' compensation and fidelity and liability insurance coverage." Manpower, is responsible to defend and indemnify Gold N' Plump under the contract.

12. In the event that Gold N' Plump is found to be liable to Plaintiff in this action, which liability is denied, Gold N' Plump is entitled to contribution and/or indemnity from Manpower, Inc. for any and all sums that it may pay or be adjudged to pay Plaintiff.

Wherefore, Third-Party Defendant and Fourth-Party Plaintiff Gold N' Plump prays for judgment as follows:

1. In the event that Third-Party Defendant and Fourth Party Plaintiff is held liable on Plaintiff's Complaint, that it have judgment on its Fourth Party Complaint against Manpower, Inc. for indemnity and/or contribution; and

2. That Gold N' Plump, Inc. have and recover reasonable costs and disbursements herein.

Dated: ______________________

______________________________
Raymond L. Tahnk-Johnson (#178585)
Attorney for Third-Party Defendant and Fourth Party Plaintiff
2600 Eagan Woods Drive
Suite 110
Eagan, MN 55121
Telephone: (651) 452-2428

# ACKNOWLEDGMENT

The undersigned, and the parties I represent, hereby acknowledge that costs, disbursements, and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. 549.211, Subd. 2, to the party against whom the allegations in this pleading are asserted.

Raymond L. Tahnk-Johnson (#178585)