**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**

Court File No.: 02 CV 778 DWF/RLE

Marchieta Richard,
Plaintiff,

And

CNA Insurance Company,

Intervenor,

vs.

Stork Gamco, Inc.,
Defendant and
Third-Party Plaintiff,

vs.

Gold N' Plump Poultry, Inc.,

Third-Party Defendant and
Fourth-Party Plaintiff,

vs.

Manpower, Inc.,
Fourth Party Defendant.

**STIPULATION OF DISMISSAL**

IT IS STIPULATED AND AGREED, between Plaintiff and Defendant, by and through their respective undersigned attorneys, that Plaintiff's claims against Defendant in the above-entitled action are dismissed with prejudice and on the merits, without costs to any party, and that judgment of dismissal with prejudice and on the merits may be entered with respect to Plaintiff's claims against Defendant.

IT IS FURTHER STIPULATED, that without further notice, the Clerk of the above-named Court may enter a judgment of dismissal with prejudice in accordance with this Stipulation and upon the merits and without costs and disbursements to any of the parties in accordance with the language of this Stipulation.

Dated: 4/14/04, 2004

David W. Schneider (#0254733)
Attorney for Plaintiff
706 South First Street
P.O. Box 776
Willmar, MN 56201
Telephone: (320) 235-1902

Dated: April 13, 2004

Scott P. Drawe (#148325)
Attorneys for Defendant
7701 France Avenue South, Suite 400
Edina, MN 55435
Telephone: (952) 841-2130

and

William J. Cremer
180 North La Salle Street, Suite 3300
Chicago, IL 60601
Telephone: (312) 726-3800

ORDER

IT IS HEREBY ORDERED that judgment be entered in accordance with the foregoing Stipulation of Dismissal. The Clerk is directed to enter judgment of dismissal forthwith.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 26, 2004

DONOVAN W. FRANK
Judge of United States District Court