AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Marchieta Richard
Plaintiff
CNA Insurance Company
Intervenor

V.

Stork Gamco, Inc.
Defendant and Third-Party Plaintiff

Gold N' Plump Poultry, Inc.
Third-Party Defendant and
Fourth-Party Plaintiff

Manpower, Inc.
Fourth Party Defendant

## JUDGMENT IN A CIVIL CASE

Case Number: 02-778 DWF/RLE

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

9 **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Dismissed with prejudice and on the merits, without costs to any party.

April 26, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Victoria Moralez
(By) Victoria Moralez, Deputy Clerk