SCANNED
MAY 04 2004
U.S. DISTRICT COURT ST. PAUL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**

Marchieta Richard,
Plaintiff,

Court File No.: 02 CV 778 DWF/RLE

And

CNA Insurance Company,

Intervenor,

vs.

Stork Gamco, Inc.,
Defendant and
Third-Party Plaintiff,

vs.

Gold N' Plump Poultry, Inc.,

Third-Party Defendant and
Fourth-Party Plaintiff,

vs.

Manpower, Inc.,
Fourth Party Defendant.

**PARTIAL STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, that the claims of Intervenor CNA Insurance Company, the claims of Defendants and Third-Party Plaintiff Stork Gamco, Inc., against Third-Party Defendant Gold N' Plump Poultry, Inc., and the claims of Third-Party Defendant and Fourth-Party Plaintiff against Fourth Party Defendant Manpower, Inc., may be dismissed with prejudice and on the merits, but without further cost to the parties hereto.

IT IS FURTHER STIPULATED AND AGREED that this partial dismissal does not apply to any remaining claims asserted by any party against any other party remaining in the

lawsuit, which claims are specifically reserved. Further, it is understood and stipulated by all parties hereto, that the fault of Gold 'N Plump Poultry, Inc. and Manpower, Inc., may be submitted to the jury if evidence of such fault is presented.

IT IS FURTHER STIPULATED, that without further notice, the Clerk of the above-named Court may enter a judgment of partial dismissal with prejudice in accordance with this Stipulation and upon the merits and without costs and disbursements to any of the parties in accordance with the language of this Stipulation.

Dated: 3/19/04, 2004

Susan Thurmer, Esq.
Attorney for Fourth Party Defendant
Manpower, Inc.
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
952-546-8400

Dated: March 11, 2004

Bradley Ayers, #189303
Shalanda Ballard, #284361
Attorneys for Intervenor CNA
333 South 7th Street #2900
Minneapolis, MN 55402
612-333-9500

Dated: 2-25, 2004

Raymond L. Tahnk-Johnson (#178585)
Attorney for Third Party Defendant and
Fourth Party Plaintiff Gold N' Plump
2600 Eagan Woods Drive, Suite 110
Eagan, MN 55121
Telephone: (651) 452-2428

Dated: April 19, 2004

David W. Schneider (#0254733)
Attorney for Plaintiff
706 South First Street
P.O. Box 776
Willmar, MN 56201
Telephone: (320) 235-1902

Dated: April 23, 2004

Scott P. Drawe (#148325)
Attorneys for Defendant and Third-Party Plaintiff
7701 France Avenue South
Suite 400
Edina, MN 55435
Telephone: (952) 841-2130

and

William J. Cremer
180 North La Salle Street
Suite 3300
Chicago, IL 60601
Telephone: (312) 726-3800

**ORDER**

IT IS HEREBY ORDERED that judgment be entered in accordance with the foregoing Stipulation of Dismissal. The Clerk is directed to enter judgment of dismissal forthwith.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 4, 2004

Judge of District Court