AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Marchieta Richard, Plaintiff
and
CNA Insurance Company, Intervenor

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 02-778 DWF/RLE

Stork Gamco, Inc.
Defendant and Third Party Plaintiff

V.

Gold N' Plump Poultry, Inc.,
Third-Party Defendant and
Fourth-Party Plaintiff

Manpower, Inc., Fourth Party Defendant

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the claims of Intervenor CNA Insurance Company, the claims of defendants and Third-Party Plaintiff Stork Gamco, Inc., against Third-Party Defendant Gold N' Plump Poultry, Inc., and the claims of Third-Party Defendant and Fourth-Party Plaintiff against Fourth Party Defendant Manpower, Inc may be dismissed with prejudice and on the merits, but without further costs to the parties hereto.

May 4, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Victoria Moralez
(By) Victoria Moralez, Deputy Clerk